```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**ROBERT BRUMFIELD, III**                                  **CIVIL ACTION**

**VERSUS**                                                  **NO. 14-622**

**CAROLYN W. COLVIN,** *Acting Commissioner*                **SECTION "B"(3)**
*of Social Security Administration*

<u>**ORDER**</u>

Before the Court is a *Report and Recommendation* of the Magistrate Judge recommending an Order be entered granting the Commissioner's motion for summary judgment, denying plaintiff's cross-motion for summary judgment, and dismissing plaintiff's case with prejudice. Rec. Doc. No. 22. This *Report* was filed on April 2, 2015, from which the plaintiff had fourteen (14) days to file objections. On April 16, 2015, plaintiff properly moved for and was granted an extension of time to do so. Rec. Docs. No. 23, 24. No objections have been filed. Accordingly, it is **ORDERED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. The defendant's motion for Summary Judgment (Rec. Doc. No. 21) is **GRANTED,** the plaintiff's motion for Summary Judgment (Rec. Doc. No. 20) is **DENIED,** and this case is hereby **DISMISSED** with prejudice.

New Orleans, Louisiana, this 12th day of May, 2015.

                                        _____
                                        UNITED STATES DISTRICT JUDGE